### IN THE

# Supreme Court of the State of Georgia,

## AT ATLANTA,

# JULY TERM, 1872.

---

PRESENT—HIRAM WARNER, CHIEF JUSTICE.
H. K. McCAY, } JUDGES.
W. W. MONTGOMERY,

---

ELIZABETH COWART, plaintiff in error, *vs.* JAMES A. REVERE, defendant in error.

Where it does not appear in the petition for *certiorari* that the execution based upon a laborers' or mechanics' lien foreclosed before a Justice of the Peace of a district in which the petitioner did not reside, was not to be levied upon property in the district in which she resided, or that she had filed a counter-affidavit, as required by section 1970 of the Code, or if she had done so, that the proceedings would not have been returned, and the case tried in the district of her residence, it was not error in the Judge to refuse his sanction. (R.)

Refusal of *certiorari*. Laborers' lien. Before Judge CLARK. Sumter county. At Chambers. February 15th, 1872.

For the facts of this case, see the decision.

JOHN R. WORRILL, for plaintiff in error.

No appearance for defendant.

VOL. XLVII. 2.

Overby *et al. vs.* Thrasher.

WARNER, Chief Justice.

This was an application to the Judge of the Superior Court for a *certiorari* on the ground that a Justice of the Peace of a militia district in which the petitioner did not reside, had foreclosed a laborers' or mechanics' lien and issued an execution. The *certiorari* was refused and the petitioner excepted. It does not appear in the petition that the lien *fi. fa.* was not to be levied on property and executed in the militia district in which the petitioner resided, or that she had filed a counter-affidavit, as required by the 1970th section of the Code, or if she had done so, that the proceedings would not have been returned and the case tried in the district in which she resided.

Let the judgment of the Court below be affirmed.